

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00235-CV

**IN RE GOLIATH BUILDING SERVICES INC.** and Joshua N. Marsalis

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                Irene Rios, Justice
                Adrian A. Spears II, Justice

Delivered and Filed: April 8, 2026

PETITION FOR WRIT OF MANDAMUS DENIED; MOTION FOR EMERGENCY TEMPORARY RELIEF DENIED AS MOOT

Relators, Goliath Building Services, Inc. and Joshua N. Marsalis, filed their petition for writ of mandamus, mandamus record, motion for emergency temporary relief, and corrected motion for emergency temporary relief on March 24, 2026. On March 26, 2026, relators filed a supplemental petition for writ of mandamus, supplemental record, and supplemental emergency motion for temporary relief. Having considered the petition, supplemental petition, motions, and record, we have determined that relators have not established that they are entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a). The petition and supplemental petition for writ of

---

[1]This proceeding arises out of Cause No. 2022-CV-05883, styled *Daniel Juarez v. Goliath Building Services, Inc.*, pending in the County Court at Law No. 10, Bexar County, Texas, the Honorable Cesar Garcia presiding.

mandamus are denied. The motion and supplemental motion for emergency temporary relief are denied as moot.

PER CURIAM